**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6433**

─────────────

MARK CORRIGAN,

Plaintiff - Appellant,

versus

DIANIA CARMACK,

Defendant - Appellee,

and

MS. ATKINS; MS. BOLLOT; DR. CERVIE; PITT
COUNTY; WILSON COUNTY; SARGEANT BAILEY;
OFFICER BARNS; HOWARD ADAMS,

Defendants.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  W. Earl Britt, Senior Dis-
trict Judge.  (CA-98-667-5-CT-BR)

─────────────

Submitted:  July 20, 2000          Decided:  August 1, 2000

─────────────

Before MURNAGHAN, WILKINS, and MOTZ, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Mark Corrigan, Appellant Pro Se.  Edwin Constant Bryson, Jr.,
PATTERSON, DILTHEY, CLAY & BRYSON, Raleigh, North Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Corrigan appeals the district court's order granting summary judgment in favor of one, but not all, Defendants named in Corrigan's action under 42 U.S.C.A. § 1983 (West Supp. 2000). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, <u>see</u> 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. <u>See</u> 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. <u>See</u> <u>Robinson v. Parke-Davis & Co.</u>, 685 F.2d 912, 913 (4th Cir. 1982).

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>